OFFICE OF DISCIPLINARY COUNSEL *v.* RANDALL.

[Cite as Disciplinary Counsel *v.* Randall (1989), 43 Ohio St. 3d 149.]

(No. 89-50—Submitted April 5, 1989—Decided June 7, 1989.)

*J. Warren Bettis,* disciplinary counsel, and *Carl J. Corletzi,* for relator.

*Robert O. Carson,* for respondent.

*Per Curiam.* We concur in the recommendation of the board. Respondent is hereby ordered indefinitely suspended from the practice of law in Ohio. Prior to reinstatement, consideration is to be given to the respondent's mental condition. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.